THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HAUSLER, Respondent, *v.* ROBERT STEGMEIER et al., Appellants.

(Argued March 1, 1934; decided March 20, 1934.)

*Denis M. Hurley* and *George R. Holahan, Jr.,* for appellants.

*Charles S. Witwer* for respondent.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, HUBBS and CROUCH, JJ. Dissenting: O'BRIEN, J. Not sitting: KELLOGG, J.